UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-339-D

| UNITED STATES OF AMERICA | ORDER ON MOTION TO WITHDRAW |
| v. | AS COUNSEL OF RECORD |
| FRANCISCO CISNEROS | |

This matter came before the undersigned District Court Judge, upon motion filed by the Office of the Federal Public Defender seeking leave to withdraw as counsel for Francisco Cisneros, the Defendant herein.

Based upon a finding that a conflict of interest would arise if the Office of the Federal Public Defender continued to represent the Defendant in this matter, the Court concludes that the Office of the Federal Public Defender should be granted an order allowing it leave to withdraw as counsel for Mr. Cisneros.

NOW, THEREFORE, it is hereby ordered that the motion filed by the Office of the Federal Public Defender is allowed and that the Office of the Federal Public Defender is granted leave to withdraw as counsel for Mr. Cisneros.

IT IS FURTHER ordered that the Federal Public Defender's Office is directed to appoint new counsel for the defendant.

SO ORDERED. This 22 day of October 2010.

JAMES C. DEVER III
United States District Judge